UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LLOYD MASON,

    Plaintiff,

    v.

AMBROSE RECREATION AND PARK DISTRICT, et al.,

    Defendants.

_____/

No. C 10-2201 PJH

**ORDER**

    The court is in receipt of a chambers copy of the first amended complaint, filed by plaintiff in the above-entitled action on September 2, 2010. The first amended complaint appears to include approximately 10 exhibits. However, the court cannot easily locate the exhibits because they are not tabbed.

    Plaintiff shall provide the court with a copy of the first amended complaint that includes tabbed exhibits, no later than September 8, 2010.

**IT IS SO ORDERED.**

Dated: September 3, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge