CAROLEE G. KILDUFF, SBN 107232
CARRIE A. FREDERICKSON, SBN 245199
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
ckilduff@akk-law.com
cfrederickson@akk-law.com
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendants
AMBROSE RECREATION AND PARK DISTRICT,
TARRY SMITH, MAE CENDANA, JUDY DAWSON,
EVA GARCIA, STEVE HOAGLAND, and GLORIA MAGELBY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| LLOYD MASON, | Case No.: 4:10-CV-02201-PJH |
| Plaintiff, | **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |
| vs. | |
| AMBROSE RECREATION AND PARK DISTRICT, TARRY SMITH, MAE CENDANA, JUDY DAWSON, EVA GARCIA, STEVE HOAGLAND, GLORIA MAGELBY and DOES 1 through 99, inclusive, | **Honorable Phyllis J. Hamilton** |
| | **DATE:**  December 21, 2010 |
| | **TIME:**  1:00 p.m. |
| | **DEPT.:**  Magistrate Judge Donna M. Ryu |
| Defendants. | |

WHEREAS, a Settlement Conference is currently scheduled for December 21, 2010;

WHEREAS, IT HAS BEEN STIPULATED by and between the parties through their respective counsel to continue the Settlement Conference currently on the Court's calendar, with the Court's permission, in order to complete discovery necessary for settlement evaluation and authority (including the deposition of the Plaintiff, which is to be take in the near future at Plaintiff's counsel's office).

1
STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER

{Stip to Continue Settlement Conference; 00045825}

1    WHEREAS, the parties request that the December 21, 2010 Settlement Conference be
2 rescheduled to a later date at the Court's convenience, but not less than 30-45 days from the date
3 of this filing.
4    IT IS SO STIPULATED:
5  Dated:  December 14, 2010                MUSACCHIO & MONTANARI, P.C.
6
7                                           By:___/s/ R. Ernest Montanari_____
                                                R. ERNEST MONTANARI
8                                               BRENNA DAUGHERTY
                                                Attorneys for Plaintiff LLOYD MASON
9
10 Dated:  December 14, 2010                 ANGELO, KILDAY & KILDUFF
11
12                                           By:_ /s/ Carolee G. Kilduff_____
                                                CAROLEE G. KILDUFF
13                                              CARRIE A. FREDERICKSON
                                                Attorneys for Defendants AMBROSE
14                                              RECREATION AND PARK DISTRICT,
                                                TARRY SMITH, MAE CENDANA,
15                                              JUDY DAWSON, EVA GARCIA,
                                                STEVE HOAGLAND, GLORIA
16                                              MAGELBY
17
18
19                          *****************************

20                              [~~PROPOSED~~] ORDER

21   GOOD CAUSE APPEARING THEREFORE, it is ordered that the Settlement
22 Conference currently set for December 21, 2010 be taken off calendar. ~~and continued to~~
23 ~~_____ 2011~~.  The deadline to participate in a settlement conference is extended 45
24                days.
25  Dated:  December 15 , 2010              By:_____
26                                              PHYLLIS J. HAMILTON
                                                DISTRICT [JUDGE]
27                                              IT IS SO ORDERED
                                                Judge Phyllis J. Hamilton
28

2
STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND [PROPOSED] ORDER

{Stip to Continue Settlement Conference; 00045825}