R. Ernest Montanari, Esq. (SBN 152209)
Brenna Daugherty, Esq. (SBN 221415)
MUSACCHIO & MONTANARI, P.C.
1280 Civic Drive, Suite 200
Walnut Creek, California 94596
Telephone:   (925) 465-3950
Facsimile:    (925) 465-3951
Email:         emontanari@mmlawpc.com; bdaugherty@mmlawpc.com

Attorneys for Plaintiff, LLOYD MASON

IN THE UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LLOYD MASON,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>AMBROSE RECREATION AND PARK DISTRICT, TARRY SMITH, MAE CENDANA, JUDY DAWSON, EVA GARCIA, STEVE HOAGLAND, GLORIA MAGELBY and DOES 1 through 99, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 4:10-CV-02201 PJH<br><br>**STIPULATION OF DISMISSAL**<br>**Federal Rules of Civil Procedure, Rule 41(a)** |

**TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED by and between the parties through this action through their designated counsel of record that the foregoing claims are hereby dismissed pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) as follows:

///

---
1
STIPULATION OF DISMISSAL

1.      That the Complaint of LLOYD MASON, filed on or about May 21, 2010, is dismissed with prejudice, as to Defendants, AMBROSE RECREATION AND PARK DISTRICT, TARRY SMITH, MAE CENDANA, JUDY DAWSON, EVA GARCIA, STEVE HOAGLAND and GLORIA MAGELBY, each party to bear their own attorneys fees and costs.

2.      That once the original of this Stipulation has been duly executed, a copy shall be valid for all purposes.

IT IS HEREBY STIPULATED:

Dated: March 14, 2011                              MUSACCHIO & MONTANARI, P.C.

                                                   By: _____
                                                   R. ERNEST MONTANARI
                                                   BRENNA DAUGHERTY
                                                   Attorneys for Plaintiff, LLOYD MASON

Dated: March 14, 2011                              ANGELO, KILDAY & KILDUFF

                                                   By: _____
                                                   CAROLEE G. KILDUFF
                                                   CARRIE A. FREDERICKSON
                                                   Attorneys for Defendants, AMBROSE
                                                   RECREATION AND PARK
                                                   DISTRICT, TARRY SMITH, MAE
                                                   CENDANA, JUDY DAWSON, EVA
                                                   GARCIA, STEVE HOAGLAND,
                                                   GLORIA MAGELBY



IT IS SO ORDERED
Judge Phyllis J. Hamilton

3/17/11

# PROOF OF SERVICE

**Lloyd Mason v. Ambrose Recreation and Park District, et al.**
*(Northern District of California (Oakland Division) Case No.: 4:10-CV-02201-PJH)*

I, the undersigned, hereby certify that I am a citizen of the United States and over the age of eighteen; I work in the County of Contra Costa, California, in which County the within mailing took place; and I am not a party to the subject case. My business address is MUSACCHIO & MONTANARI, P.C. 1280 Civic Drive, Suite 200, Walnut Creek, California 94596.

I am familiar with the practice of this law firm for the collection and processing of documents for mailing with the United States Postal Service, that the documents would be deposited with the United States Postal Service that same day in the ordinary course of business.

On March 16, 2011, I placed the within:

- **STIPULATION OF DISMISSAL**

in an envelope(s) sealed, with postage thereon fully prepaid, and following the ordinary business practices of this law firm, placed said envelope(s) for collection and mailing to the parties to the within action, at Walnut Creek, California, addressed as follows:

| | |
|---|---|
| Carolee G. Kilduff, Esq. | *Counsel for Defendants, Ambrose Recreation* |
| Carrie A. Frederickson, Esq. | *and Park District, Tarry Smith, Mae* |
| Angelo, Kilday & Kilduff | *Cendana, Judy Dawson, Eva Garcia, Steve* |
| 601 University Avenue, Suite 150 | *Hoagland and Gloria Magelby* |
| Sacramento, CA 95825 | |
| Telephone: 916-564-6100 | |
| Facsimile: 916-564-6263 | |
| Email: ckilduff@akk_law.com | |
| cfrederickson@akk-law.com | |

[XX] **(BY MAIL)** By placing said envelope(s), with postage thereon fully prepaid for first-class mail, for collection and mailing at my place o business following ordinary business practice. I am readily familiar with the ordinary business practice for the collection and processing of mail. In the ordinary course of business, mail is deposited with the United States Postal Service on the same day as it is placed for collection.

[XX] **(BY ELECTRONIC MAIL)** By electronically transmitting the attached document(s) to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the above-listed CM/ECF registrants.

[ ] (BY OVERNIGHT DELIVERY) on the following party(ies) in said action, in accordance with CCP §1013(c), by placing a true copy thereof enclosed in a sealed envelope, with delivery fees paid or provided for, in a designated area of outgoing overnight mail, addressed as set forth below. In the ordinary course of business mail, placed in that designated area and is picked up that same day for delivery the following business day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Walnut Creek, California, this 16th day of March 2011.

_____
Madelaine Galanza Wellon